## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAWN ARNDT,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOHNSON & JOHNSON, et al.,** | : | **NO. 12-6633** |
| **Defendants.** | : | |

## <u>ORDER</u>

**AND NOW**, this 5th day of March, 2014, upon consideration of Plaintiff's Motion to Remand (Docket No. 8), Defendants' Opposition thereto (Docket Nos. 24, 25), Plaintiff's Reply (Docket No. 26), and the supplemental briefing (Docket Nos. 30-32, 34-36, 39), and following oral argument, it is hereby **ORDERED** that:

1. Plaintiff's Motion (Docket No. 8) is **DENIED**;

2. All claims against Defendants William Weldon, Ashley McEvoy, Edwin Kuffner, Lorraine Bailer, Rosemary Crane, Gary Benedict, Peter Luther, Colleen Goggins, Tops Markets LLC, and Tops Holding Company are **DISMISSED**;

3. Defendants' Motions to Dismiss (Docket Nos. 14, 15) are **DENIED without prejudice** to refile the motions in light of the Court's opinion on the Motion to Remand.  The remaining Defendants shall answer or otherwise move no later than 21 days from the date of this Order.

BY THE COURT:

<u>S/Gene E.K. Pratter</u>
GENE E.K. PRATTER
United States District Judge