IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN ARNDT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSON & JOHNSON, et al., | : | NO. 12-6633 |
| Defendants. | : | |

# ORDER

AND NOW, this 17th day of December, 2014, upon consideration of Defendants' Motion to Dismiss (Docket No. 58), Plaintiff's Opposition thereto (Docket No. 59), and Defendants' Reply (Docket No. 60), and following oral argument on November 24, 2014, it is hereby

ORDERED that Defendants' Motion is **GRANTED in part** and **DENIED in part**. Counts I, II, III, IV, VI, and VIII are **DISMISSED**. Count VII is **DISMISSED** to the extent that it asserts a claim under N.Y. Gen. Bus. Law § 350.

BY THE COURT:

.S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1